UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
AT ERIE

| | |
|---|---|
| TRAVIS JOHNSON, ) ) ) Petitioner, ) ) v. ) ) ) WARDEN SCI FOREST, *et al.*, ) ) Respondents. ) ) ) | Civil Action No. 15-161 ORDER |

## ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING CASE

The Court, having considered the Report and Recommendation of Magistrate Judge Susan Paradise Baxter, and the balance of record, **HEREBY ORDERS**:

(1) The Court **ADOPTS** the Report and Recommendation [Doc. No. 29].

(2) Petitioner's Petition for a Writ of Habeas Corpus [Doc. No. 3] is **DENIED**.

(3) A certificate of appealability is **DENIED**.

(4) This case is **CLOSED**.

(5) The Clerk shall send copies of this Order to the parties.

**IT IS SO ORDERED**.

DATED this 24th day of April, 2017.

BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE